**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

H.Q.,

                                Plaintiff,

                    -against-

NEW YORK STATE OFFICE OF
PARKS AND RECREATION &
HISTORIC PRESERVATION, et al.,

                               Defendants.
-----------------------------------------------------------------X

**22 Civ. No. 09567 (JPC) (GS)**

**PRE-SETTLEMENT**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Thursday, August 8,**

**2024 at 2:00 p.m**. The parties are directed to consult the undersigned's Settlement Conference

Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the

conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access**

**Code: 169 727 110#.**

      **SO ORDERED.**

DATED:    New York, New York
            July 11, 2024

                                      _____
                                      The Honorable Gary Stein
                                      United States Magistrate Judge