UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

H.Q.,

                               Plaintiff,          **22 Civ. No. 09567 (JPC) (GS)**

      -against-

                                                       **SETTLEMENT CONFERENCE**

NEW YORK STATE OFFICE OF                          **ORDER**
PARKS AND RECREATION &
HISTORIC PRESERVATION, et al.,

                              Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Friday, September 6, 2024 at 10:00 a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the undersigned no later than **Friday, August 30, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               July 11, 2024

                                                                             The Honorable Gary Stein
                                                                             United States Magistrate Judge